**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| *In re*: | ) |
| | ) |
| | ) Case No. 24-30491-KRH |
| Daniel Construction of VA, LLC, | ) |
| | ) Chapter 7 Proceeding |
| *Debtor*. | ) |
| | ) |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S THIRD MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

Upon consideration of the motion of Jennifer J. West, Trustee (the "Trustee"), by her undersigned counsel, seeking a third extension of time for filing lists, schedules, statements, and any other necessary papers (the "Third Motion to Extend"); and it appearing that the relief requested in the Third Motion to Extend is proper and appropriate; the Court having jurisdiction to consider the Third Motion to Extend and that the relief requested therein is a core proceeding within the meaning of 28 U.S.C. §§ 157 and 1334; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that

1. The Third Motion to Extend is GRANTED in its entirety.

2. The Trustee shall have an extension of time through and including May 9, 2024, for filing the following:

   a. All Schedules and Statement of Financial Affairs
   b. Summary of Your Assets and Liabilities and Certain Statistical Information
   c. Declaration Under Penalty of Perjury for Non-Individual Debtors

3. This Order shall be effective immediately upon entry on the Court's docket.

---

Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Jennifer J. West, Trustee*

4. The Court shall retain jurisdiction concerning all matters arising from or related to the implementation of this Order.

DATED: May 9 2024

/s/ Kevin R Huennekens
United States Bankruptcy Judge

ENTERED ON DOCKET: May 10 2024

I ask for this:

/s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB# 39027)
Jennifer J. West, Esquire (VSB# 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Jennifer J. West, Trustee*

## CERTIFICATION

The undersigned hereby certifies that the foregoing Consent Order has been signed by or served on all necessary parties as required by Local Bankruptcy Rule 9022.

| May 2, 2024 | /s/ Neil E. McCullagh |
|---|---|
| Date | Counsel |

**PARTIES TO RECEIVE COPIES:**

Daniel Construction of VA, LLC
7512 Pineleaf Drive
Chesterfield, VA 23234

Oscar Daniel Portillo Merlos
328 Stricklerstown Road
Newmanstown, PA 17073

Gerard R. Vetter
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Neil E. McCullagh
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, VA 23219